UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>          Plaintiff,<br><br>    v.<br><br>C. HEARN, et al.,<br><br>          Defendants. | No.  2: 19-cv-1974 KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  The court received a document from plaintiff which appears to be a proposed settlement statement.  The proposed settlement statement will not be filed on the court docket.  Instead, the undersigned herein directs the Clerk of the Court to forward plaintiff's proposed settlement statement to defense counsel.

      Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send defense counsel plaintiff's proposed settlement statement.

Dated:  August 20, 2020

Thor1974.ord

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1