UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. HEARN, et al.,<br><br>        Defendants. | No. 2: 19-cv-1974 KJN P<br><br><br>ORDER |

      Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is defendants' motion to compel (ECF No. 35) and defendants' motion to modify the scheduling order. (ECF No. 40).

<u>Defendants' Motion to Compel</u>

      On June 25, 2020, defendants filed the pending motion to compel. (ECF No. 35.) Defendants argued that plaintiff failed to respond to two sets of requests for admissions. On August 3, 2020, plaintiff filed his responses to defendants' requests for admissions, except for request nos. 9-11, second set. (ECF No. 37.)

      On September 1, 2020, the undersigned ordered plaintiff to provide defendants with responses to requests for admissions nos. 9-11, second set, within thirty days. (ECF No. 39.) The undersigned also ordered defendants to show cause why their motion to compel should not be deemed resolved, except for requests for admissions nos. 9-11, second set. (<u>Id.</u>)

1

On September 17, 2020, defendants filed a response to the order to show cause. (ECF No 41.) Defendants argue that their motion to compel is not resolved because plaintiff provided incomplete responses to their requests for admissions. Defendants state that if the court requires further briefing regarding their objections to plaintiff's responses, or would prefer defendants to file a second motion to compel focusing on plaintiff's insufficient response, defendants would provide either.

Defendants' pending motion to compel addresses only plaintiff's failure to provide responses to the requests for admissions. In other words, defendants' pending motion to compel does not address plaintiff's alleged insufficient responses. For these reasons, defendants are directed to file a second motion to compel focusing on plaintiff's insufficient responses. Accordingly, defendants' motion to compel filed June 25, 2020 is deemed resolved.

Defendants' Motion to Modify the Scheduling Order

Defendants request that the court vacate the September 4, 2020 dispositive motion deadline and reset the deadline to 45 days after the court rules on their pending exhaustion-based motion for partial summary judgment and the pending discovery disputes.[1] Good cause appearing, defendants' motion to modify the scheduling order is granted. However, the court will reset the dispositive motion deadline following the resolution of defendants' motion for partial summary judgment and the pending discovery disputes.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' July 25, 2020 motion to compel (ECF No. 35) is deemed resolved;

2. Defendants are granted twenty-one days from the date of this order to file a motion to compel addressing plaintiff's responses to the requests for admissions; plaintiff's opposition is due within twenty-one days thereafter;

3. Defendants' motion to modify the scheduling order (ECF No. 40) is granted;

////

////

---

[1] The only remaining discovery dispute will be defendants' motion to compel based on plaintiff's alleged insufficient responses to the requests for admissions.

4. The September 4, 2020 dispositive motion deadline is vacated; the court will reset the dispositive motion deadline following resolution of defendants' motion for partial summary judgment and the pending discovery disputes.

Dated:  September 21, 2020

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thorp1974.ord