UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>            Plaintiff,<br><br>       v.<br><br>C. HEARN, et al.,<br><br>            Defendants. | No.  2: 19-cv-1974 KJM KJN P<br><br><br><br>ORDER |

Applying the mailbox rule to determine the date of filing, on November 23, 2020, plaintiff filed a request for reconsideration of the magistrate judge's order filed November 12, 2020, denying plaintiff's motion for appointment of counsel.  As provided by E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  *Id.*  Upon review of the file, the court finds the magistrate judge's ruling is not clearly erroneous or contrary to law.  Moreover, as plaintiff notes, to the extent he requires more time to arrange for filings as required in this case given any hurdles posed by the coronavirus pandemic, he may seek from the court extensions of time.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed November 12, 2020, is affirmed.

DATED:  January 28, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE