UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>C. HEARN, et al.,<br><br>　　　　　Defendants. | No.  2: 19-cv-1974 KJM KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for a settlement conference. (ECF No. 55.)

Plaintiff is informed that settlement conferences are scheduled when both parties agree to participate in the settlement conference.  In the instant action, defendants have not agreed to participate in a settlement conference.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for a settlement conference (ECF No. 55) is denied.

Dated:  March 4, 2021

Thorp1974.set

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1