UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE, | No. 2: 19-cv-1974 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| C. HEARN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is defendants' motion to compel.  (ECF No. 45.)

On April 2, 2021, Chief United States District Judge Kimberly J. Mueller referred this matter to the court's pro bono panel to identify an appropriate attorney to represent plaintiff in this action.  (ECF No. 59.)  Based on Judge Mueller's order, defendants' motion to compel is vacated.  Defendants' motion to compel will be reinstated, if appropriate, following appointment of counsel.

Accordingly, IT IS HEREBY ORDERED that defendants' motion to compel (ECF No. 45) is vacated.

Dated:  April 8, 2021

Thorp1974.com

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE