UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>        Plaintiff,<br><br>    v.<br><br>C. HEARN, et al.,<br><br>        Defendants. | No. 2:19-cv-1974 KJM KJN P<br><br>ORDER APPOINTING LIMITED<br>PURPOSE COUNSEL FOR SETTLEMENT |

   Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. In a previous order, the court found the appointment of counsel was appropriate for the limited purposes of assisting plaintiff with discovery, any further pretrial motion practice, and preparing for and participating in any settlement conferences. ECF No. 59. After reviewing the matter further and considering the limited availability of counsel to accept an appointment of that scope, the court finds the appointment of counsel for plaintiff is warranted at this stage for the more limited purpose of representing plaintiff at a settlement conference. The court has referred the case to the administrator of this District's pro bono panel of attorneys, Sujean Park, for the identification of counsel to represent plaintiff at a settlement conference. Kresta N. Daly has been selected from the Court's Pro Bono Attorney Panel to represent plaintiff for this limited purpose and has agreed to be appointed.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Kresta N. Daly is appointed as limited purpose counsel for plaintiff in the above titled matter.  This appointment is for the limited purpose of assisting plaintiff with preparing for and participating in a settlement conference.
2. Kresta N. Daly's appointment will terminate fifteen days after completion of the settlement conference, or any continuation of the settlement conference.
3. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if she has any questions related to the appointment.
4. The Clerk of the Court is directed to serve a copy of this order upon Kresta N. Daly, Barth Daly LLP, 2810 5th St., Davis, CA 95618.

DATED: October 14, 2021.

CHIEF UNITED STATES DISTRICT JUDGE