UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>    Plaintiff,<br><br>    v.<br><br>C. HEARN, et al.,<br><br>    Defendants. | No. 2: 19-cv-1974 KJM KJN P<br><br>ORDER |

Plaintiff is a state prisoner proceeding with a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2021, the court appointed Kresta Daly for the limited purpose of representing plaintiff at the settlement conference. (ECF No. 62.) On January 24, 2022, a settlement conference was held. This action did not settle.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of the Court shall amend court records to reflect that Kresta Daly no longer represents plaintiff;
2. Defendants' motion to compel (ECF No. 45) is reinstated.

Dated: February 7, 2022

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thorp1974.ord(2)

1