UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE, | No. 2: 19-cv-1974 KJM KJN P |
| Plaintiff, | |
| v. | ORDER |
| C. HEARN, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 14, 2021, the court appointed counsel to represent plaintiff at a settlement conference. (ECF No. 62.) On January 24, 2022, a settlement conference was held. This action did not settle. On February 8, 2022, the undersigned directed the Clerk of the Court to amend court records to reflect that appointed counsel no longer represents plaintiff. (ECF No. 71.)

On March 9, 2022, plaintiff filed a motion requesting that the court "check the credentials" of counsel appointed to represent plaintiff at the settlement conference. (ECF No. 74.) In this motion, plaintiff expresses dissatisfaction with appointed counsel's representation. (Id.) Plaintiff also attaches an Inmate Request for Interview Form which appears to inform plaintiff that appointed counsel's name "does not appear on the state bar." (Id. at 6.)

////

1

Plaintiff is informed that California State Bar records reflect that appointed counsel is a well-respected member of the California State Bar.  Because the settlement conference has passed, the undersigned will not address plaintiff's other concerns regarding counsel's representation.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion regarding appointed counsel (ECF No. 74) is deemed resolved.

Dated:  March 15, 2022

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Thorp1974.ord(3)