UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENELL THORPE,<br><br>         Plaintiff,<br><br>   v.<br><br>C. HEARN, et al.,<br><br>         Defendants. | No. 2:19-cv-1974 KJM KJN P<br><br>ORDER APPOINTING COUNSEL |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983.  The court finds the appointment of counsel for plaintiff warranted.  Robert L. Chalfant has been selected from the court's pro bono attorney panel to represent plaintiff and has agreed to be appointed.

Accordingly, IT IS HEREBY ORDERED that:

1. Robert L. Chalfant is appointed as plaintiff's counsel in the above titled matter.
2. Appointed counsel shall notify Sujean Park via email at spark@caed.uscourts.gov if he has any questions related to the appointment.
3. The Clerk of the Court is directed to serve a copy of this order on Robert L. Chalfant, Law Office of Robert Chalfant, 5701 Lonetree Blvd., Suite 312, Rocklin, CA 95765.

/////

/////

1

**IT IS SO ORDERED.**

DATED: April 5, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE