1  LAW OFFICE OF ROBERT CHALFANT
   ROBERT CHALFANT, (State Bar No. 203051)
2  Email: robert@rchalfant.com
3  5701 Lonetree Blvd., Suite 312
   Rocklin, CA  95765
4  Telephone: (916) 647-7728

5  Attorney for Plaintiff RENELL THORPE

6
   ROB BONTA, State Bar No. 202668
7  Attorney General of California
   TYLER V. HEATH, State Bar No. 271478
8  Supervising Deputy Attorney General
9  JANET N. CHEN, State Bar No. 283233
   Deputy Attorney General
10 1300 I Street, Suite 125
   P.O. Box 944255
11 Sacramento, CA 94244-2550
12 Telephone: (916) 210-7319
   Email:  Janet.Chen@doj.ca.gov
13
   Attorneys for Defendants
14 Hearn, Parham and Erickson

15

16                    **UNITED STATES DISTRICT COURT**

17                    **EASTERN DISTRICT OF CALIFORNIA**

18

19 | RENELL THORPE,              | ) Case No.: 2:19-CV-01974-KJM-KJN
20 |                             | )
   |            Plaintiff,       | ) **JOINT STIPULATION TO REOPEN**
21 |                             | ) **DISCOVERY AND EXTEND**
   |        vs.                  | ) **DISPOSITIVE MOTION DEADLINE;**
22 |                             | ) **ORDER THEREON**
   | C. HEARN, et al.,           | )
23 |                             | )
24 |            Defendants.      | )
   |                             | )
25 |                             | )

26
27       COMES NOW THE PARTIES, by and through their respective attorneys and subject to
28 the approval of this Court, hereby stipulate and respectfully request the following

-1-

STIPULATION TO REOPEN DISCOVERY AND EXTEND DISPOSITIVE MOTION DEADLINE

modifications/amendments of the Court's Scheduling order of June 6, 2022 (Docket No. 81) regarding scheduling of this case: The parties hereby stipulate, through their counsel of record, as follows:

1. That discovery be reopened, and that Plaintiff be allowed to serve limited discovery in the form of deposition notices with a request for production of documents on Defendants Hearn and Parham.

2. That the deposition notices with requests for production will provide 30 days notice prior to the depositions to allow sufficient time to gather responsive documents and defendants to raise any objections.

3. That the deposition notices with requests for production of documents will be served by email on Defendant's counsel, Ms. Janet Chen, no later than July 22, 2022.

4. That the depositions of Defendant Hearn and Parham will both proceed no later than August 15, 2022, and any disputes regarding the depositions or requests for production will be brought to the Court's attention within 15 days of the completion of the depositions.

5. That the last day for Defendants to file a dispositive motion (currently set for July 6, 2022), be continued to October 14, 2022.

These modifications/amendments are requested because the parties have been meeting and conferring about discovery and have determined that a limited reopening of discovery will eliminate ongoing discovery disputes and unnecessary motion practice and lengthy delays resulting from motions to reopen discovery and to facilitate resolution of this case on the merits rather than an incomplete record.

IT IS SO STIPULATED.


Dated:  June 30, 2022                              LAW OFFICE OF ROBERT CHALFANT


                                                    By: /s/ Robert Chalfant
                                                    ROBERT CHALFANT
                                                    Attorney for Plaintiff RENELL THORPE

Dated: June 30, 2002　　　　　　　　　　By: /s/ Janet N. Chen

　　　　　　　　　　　　　　　　　　　　　Janet N. Chen
　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendants
　　　　　　　　　　　　　　　　　　　　　Parham, Erickson, and Hearn

**ORDER**

After considering the Stipulation by and between the parties through their counsel of record:

**IT IS SO ORDERED.**

DATED:  July 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE