1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    RENELL THORPE,                              No.  2: 19-cv-1974 KJM KJN P

12                    Plaintiff,

13            v.                                  ORDER

14    C. HEARN, et al.,

15                    Defendants.

16

17           Plaintiff is a state prisoner, proceeding through counsel, with a civil rights action pursuant

18    to 42 U.S.C. § 1983.  On August 5, 2022, the parties filed a notice of settlement.  (ECF No. 87.)

19    The parties request 60 days to file dismissal and dispositive papers.  (Id.)

20           Good cause appearing, IT IS HEREBY ORDERED that:

21           1.   On or before October 5, 2022, the parties shall file dismissal and dispositive papers;

22           2.   All deadlines set in this action are vacated.

23    Dated:  August 9, 2022

24

25
      Thorpe1974.set                              KENDALL J. NEWMAN
26                                                UNITED STATES MAGISTRATE JUDGE

27

28

                                                 1